IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES COLLINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1090

Opinion filed July 8, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

James Collins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

It appearing that the lower tribunal has entered an order disposing of petitioner's motion for rehearing, the petition for writ of mandamus is DISMISSED as moot.

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.